IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERRY DALE LOMACK, | ) | |
| | ) | |
| Petitioner. | ) | |
| | ) | |
| vs. | ) | No. CIV-03-1008-C |
| | ) | |
| JIM FARRIS, Director, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Purcell entered a Report and Recommendation on December 7, 2015, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. Petitioner's objection is largely indecipherable, and is devoted primarily to complaints about his appointed counsel, who was thereafter granted leave to withdraw. To the extent the Court can make sense of the objections, Petitioner merely restates the conclusions and legal argument originally asserted, and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court affirms and adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 48), and for the reasons announced

therein, Respondent's Motion to Dismiss (Dkt. No. 38) is granted, leave to file a successive petition is denied, and the petition is dismissed. A judgment of dismissal will enter accordingly. The requests for appointment of counsel (Dkt. No. 65) and for leave to proceed in forma pauperis (Dkt. No. 63) are now moot.

IT IS SO ORDERED this 25th day of July, 2016.

ROBIN J. CAUTHRON
United States District Judge